```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division

JEAN AGBEY                       )
                                 )
     Plaintiff                   )
                                 )
v.                               ) Civil Action No. 1:04cv1422
                                 )
OMAR MOUHAMAD AMIN SATI, et al   )
                                 )
     Defendants
```

O R D E R

FOR REASONS set for in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff JEAN AGEBY'S Motion to Compel (#10) is GRANTED in part and DENIED in part.

ENTERED this 12th day of May, 2005.

                                   /S/
                          Theresa Carroll Buchanan
                          United States Magistrate Judge

Alexandria, Virginia

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division

JEAN AGBEY                          )
                                    )
     Plaintiff                      )
                                    )
v.                                  ) Civil Action No. 1:04cv1422
                                    )
OMAR MOUHAMAD AMIN SATI, et al      )
                                    )
     Defendants
```

## MEMORANDUM OPINION

THIS MATTER came before the Court on plaintiff JEAN AGBEY's Motion to Compel (#10). Plaintiff seeks answers to Interrogatory Nos. 5, 8 and 9 as well as Document Request No. 8.

Plaintiff has failed to demonstrate that defendants' personal tax returns and financial statements are reasonably related to the discovery of admissible evidence, thus, Document Request No. 8 is denied.

Defendants' prior response to Interrogatory No. 5 is sufficient, thus the request to compel a further answer is denied.

As to Interrogatory No. 9, plaintiff shall answer this interrogatory fully and completely by close of business on May 16, 2005, or withdraw the affirmative defense of laches.

Defendants' prior response to Interrogatory No. 9 is sufficient, thus the request to compel a further answer is denied.

Further, plaintiff's request for costs incurred in bringing this motion is denied.

An appropriate Order shall issue.

                                          /S/  
                                          Theresa Carroll Buchanan  
                                          United States Magistrate Judge

Alexandria, Virginia  
May 12, 2005

Case 1:04-cv-01422-GBL-TCB   Document 15   Filed 05/12/05   Page 4 of 4 PageID# 4